### CHICAGO AND NORTHEASTERN RAILROAD COMPANY v. GENESEE CIRCUIT JUDGE.

*Reopening case to supply affidavit.*

Mandamus does not lie to review the discretion of a court in refusing to reopen a judgment that an affidavit of non-execution may be supplied.

MOTION for order to show cause. Submitted and decided

January 14.  Denied.  Judgment was rendered below for the plaintiff upon an issue which was raised by a plea not supported by an affidavit denying the execution of the instrument sued on, and under which its execution was held to have been admitted.    After judgment a motion was made to open it and for leave to file an affidavit, and to have a new trial on the issue thus amended. The court below refused the application, and motion is now made for an order to show cause why it should not be compelled by mandamus.

*S. F. Seager* for the motion.

PER CURIAM.    The motion was addressed to the discretion of the court below, which cannot be controlled by mandamus.